## KOLLER LAW LLC

**DAVID M. KOLLER**                                                                                         **JORDAN D. SANTO**

*LICENSED IN PENNSYLVANIA AND NEW JERSEY*

November 27, 2024

**VIA ECF**
Hon. Robert Kirsch, U.S.D.J.
Unites States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom: 4E
Trenton, NJ 08608

      Re:    <u>**Jenna Bousellam v. Roblox Corporation**</u>
                <u>**Civil Action No. 3:24-cv-06100**</u>

Dear Your Honor:

    My Firm represents Jenna Bousellam; Plaintiff in the above-captioned matter. Please accept this letter in response to Defense counsel's letter requesting a pre-motion conference.

    After conferring with our client, she agrees to voluntarily move this case to arbitration. Plaintiff opposes the dismissal of this case and instead requests this court stay this matter pending the completion of arbitration proceedings in accordance with 9 U.S.C. §3 and the United States Supreme Court's Holding in <u>Smith v. Spizzirri</u>, 601 U.S. 472 (2024), because all the issues raised in Plaintiff's Complaint may be submitted to arbitration. The Supreme Court in <u>Smith</u> held that staying that matter pending arbitration is non-discretionary and that dismissal of the case pending arbitration would be error. Therefore, Plaintiff requests this Court stay the matter pending completion of arbitration proceedings in lieu of dismissal.

    Plaintiffs' counsel shall make themselves available to the Court to discuss plaintiffs' position if the court desires. We thank the court for its time and thoughtful consideration in this matter.

                                            Respectfully Submitted,
                                            **KOLLER LAW, LLC**

                                            */s/ David M. Koller*
                                            David M. Koller, Esquire

CC: Counsel of Record (via ECF)

**2043 Locust Street, Suite 1B, Philadelphia, PA 19103**
**Telephone: 215-545-8917**        **Facsimile: 215-575-0826**
davidk@kollerlawfirm.com        jordans@kollerlawfirm.com
